# Order

Michigan Supreme Court
Lansing, Michigan

March 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141977 & (77)

ENGENIUS, INC. and ENGENIUS-EU,
LIMITED,
          Plaintiffs-Appellees,

v

FORD MOTOR COMPANY,
          Defendant-Appellant.

SC: 141977
COA: 290682
Wayne CC: 03-331133-CK

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to address whether the arbitration panel in this case, having determined that the arbitration clause was not included in the parties' FACTS contract, was nevertheless empowered to retain jurisdiction over the arbitration of that contract and to render an award for its breach.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2011

_____
Clerk

d0302